COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Rich Robins v. Austen Perry Clinkenbeard and Jonathon G.
                        Clinkenbeard aka Jon Clinkenbeard

Appellate case number:  01-19-00059-CV

Trial court case number:  1107951

Trial court:            County Civil Court at Law No. 3 of Harris County

Appellant, Rich Robins, has filed two motions to extend time to file a motion for rehearing and for en banc reconsideration. Appellant's motions are **DENIED**.

It is so ORDERED.

Judge's signature:  _/s/  Evelyn V. Keyes_____
                        ☑ Acting individually    ☐ Acting for the Court

Date:  __September 3, 2020_____